PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

**FILED**
AUG -5 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE Western District DISTRICT OF TEXAS
San Antonio Division DIVISION

Cruz A. Rivas 851116
Plaintiff's Name and ID Number

Bexar County Adult Det Center
Place of Confinement

CASE NO. SA22CA0859
(Clerk will assign the number)

v.

Bexar County Sheriff Department and Administration.
Defendant's Name and Address

Donald J Trump
Defendant's Name and Address

Javier Salazar, Bexar County Sheriff, L. Flores and Jane Lawrence
Defendant's Name and Address
("DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
         Plaintiff(s)_____
         Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition:_____

2

Defendant #1. For Donald trump Diego Hernandez Claiming in False deolitry saying that they are Jehova or Jahwe, Meditating an Cursing one (me) inside to cause inocent people believe in other Religion and Not Jesus Christ me. Stigma and also in the Case for Karls Maldonados Homicide Araceli Sierra her Mother may provide info as soon as I go to her and explain with how they do. 1437 Gibbs San Antonio Texas 78202. And how also they Curse my wife trying to say that She is something she is Not. Trump knows it I've send Reports all over I've known and ones who know. I can proof of it as Soon as im out. 6 Million Dollars Cash is the suite For The people of theory instead of finding Daniel Mendoza and others to be in fact together with Jane and L. Flores there doing Stigma witchcraft on me And Joshua Jesus c. Thats why Donald Cant Swear under God. That Cash is for iniocent People and for me as Defender of Jesus to get away from them people like Diego and Daniel.

Daniel Mendoza, Andres Mendoza Brother of Daniel, Chris, Jaime and wife Kate who lived in last Address known 1411 Gibbs San Antonio Texas. 78202

Diego Hernandez and wife Maria who live in 132-4 Alabama San Antonio Texas that live infront of my house 133 Alabama San Antonio Texas 78203.

L. Flores and Janet x Judge at Main jail L. Flores Son the one who arrested abusing law of .. false arrest. Jane taking Money from inocent people like one. She taking people es lawyers without certification of schools. Stupid. he aint my lawyer or neither my God.

Donald J Trump and Kent P + Wife for being invoived in with Toloache theory Deolitry and trying to make Themselves Dislects with

stasma. And trying to make a bill of it?? 😊

All news where noticed of this.

This is for Jesus who has to leave town to stay away from Diego who I Cruz A. Rivas and Family already called law for them to take him in for harassing people.

And him being involved in thanside of Karlos Denta.

Last of known stupity of all of them is Lawrence who is Janes and L. Flores (son) and Diego to be in touch with each other attacking me for theories made up.

My Law Suite for all of this mess, thats the way it seems like with people involved.

And acusing me of Arson who Kent will pay in full of it or jail time, for him being accused of the Acuser of Arson towards me.

My lawyer was injured. Suppose Joe and couldnt take care of the case.

Having this place not in conditions for people to be in Food secured in trashbags no Ac, harrasment of Deoltry and abuse of the Bible towards this case.

Thats why they cant swear under God till they show up to Court. 6 Million Dollars Cash! from all.

For now I should be set Free for Bad "Deoltry"

Bad People Diego H.

And False arrestment of law.

I do not have to be here inocent of acuser sayins of my case. And her trying to keep the 8+ thousand dollars to her Janet (Jane). This for me to be set Free. Thank you will provide more info toward of what is not written here.

II. PLACE OF PRESENT CONFINEMENT: Bexar County Adult Detencion Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?    ___YES  ✓NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Cruz A. Rivas 133 Alabama San Antonio Texas,

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Donald J. Trump & Followers Kent P. wife Ruthy Busy (Comidian) Steve Carl (Comidian Acto) Kinky Freemeyk (Gov) and others for false Declirity or
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Diflects.
Trump and Diego Hernandez 132-4 Alabama San Antonio Texas

Defendant #2: L. Flores + Diego Hernandez Janet x Judge at Bexar County Jail Majestrate and Guards involved!
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
They all have mistreatment in one man.

Defendant #3: Daniel & Andres Followers who are involved in Homicide of Karla Maldonado Sierra.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
who also work with Diego Hernandez 132-4 Alabama San Antonio Tx.

Defendant #4: Jane again with Lawrence for Law Abuse. L. Flores
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
have phone calls to Mothers house and Videos of officers who talk about the case of Jesus.

Defendant #5: Samuel Vaughn who knows Kent & Ruthy who live in Ft. Worth Texas, Sunset Ranch is their Address in net.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
for Doing Reality in me Meditating and Cursing, Harressing

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

All of Named people known and that they know will be noticed again on Mail, which I've Already sent. All local News in San Antonio Texas. Missouri St louis, Oklahoma City Fox news, little Rock Arkansas Telemundo and Fox. For law abuse of not Arresting right person of investigating Homicide and Going to a False Shakra and trying to take what is Feelings toward the Case of Christ Jesus. Jehova its one who is right and not the man who is Evil Diego Hernander 132-4 Alabama San Antonio Texas. Last is for havent gotten a Response from them. If they dismiss my Cases from what I am acosed "suppose" of I will

VI. RELIEF: Do in other way this law suit. Need out of here.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Drop (Arson) Case and that Arrest from that man. That is L. Flores (Son). For Abuse of law and harrasing me.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Daniel + Diego - People being Crossed illegal Jane + Flores for law harrasing Inocent. Taking Diego as a False lawyer.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Will if I have too, thats the laws

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES __✓__NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

　　1. Court that imposed sanctions (if federal, give the district and division):_____

　　2. Case number:_____

　　3. Approximate date sanctions were imposed:_____

　　4. Have the sanctions been lifted or otherwise satisfied?                          ____YES ____NO

4

C.  Has any court ever warned or notified you that sanctions could be imposed?     ____YES  ✓ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1.  Court that issued warning (if federal, give the district and division):_____
   2.  Case number:_____
   3.  Approximate date warning was issued:_____

Executed on: _____
          DATE

_____
*Cruz A Rivas*
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this *Cruz A Rivas* day of  8/3/22 , 20 22 .
         (Day)                    (month)            (year)

_____
*Cruz A Rivas*
*Cruz A Rivas*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5