UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CRUZ A. RIVAS,<br># 851116,<br><br>      Plaintiff,<br><br>v.<br><br>BEXAR COUNTY SHERIFF'S<br>DEPARTMENT &<br>ADMINISTRATION; ET AL.,<br><br>      Defendants. | §§§§§§§§§§§§§§   SA-22-CV-00859-JKP |

**JUDGMENT**

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Cruz A. Rivas's 42 U.S.C. § 1983 Civil Rights Complaint for failure to comply with the Court's Order, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Rivas's Section 1983 claims against Defendants, Bexar County Sheriff's Department & Administration, Donald J. Trump & Followers, Bexar County Sheriff Javier Salazar, L. Flores, Jane Lawrence, Kent P., Ruthy Busy (comedian), Steve Carel (comedian/actor), Kinky Freeman, Diego Hernandez, Judge Bexar County Jail Magistrate, Bexar County Jail Guards, Andres Followers, Samuel Vaughn and Daniel Followers, are **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order.

SIGNED this 29th day of September, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE